UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA MORALES,<br><br>                              Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>                              Defendants. | Case No.: 19cv1450-JAH-LL<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE AND EXCUSE ATTENDANCE BY CORPORATE REPRESENTATIVE**<br><br>**[ECF No. 7]** |

Currently before the Court is the Parties' "Joint Motion to: (1) Reschedule the Early Neutral Evaluation Conference and Case Management Conference, and (2) Excuse Attendance By Corporate Representative." ECF No. 7. For the reasons set forth below, the Court **GRANTS** the Parties' Motion.

I. **REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION ("ENE")/CASE MANAGEMENT CONFERENCE ("CMC")**

Defendant Target requests that the Court reschedule the ENE and CMC currently set for September 13, 2019 to either September 4th or 5th. ECF No. 7 at 2. In support,

Defendant states that its claim professional is currently traveling to San Diego from Minnesota for an ENE in another matter on September 6, 2019, and rescheduling the ENE will allow the adjuster to make one trip to San Diego (rather than two trips within a one week period). Id. at 2. Plaintiff does not oppose Defendant's request. Id. at 3.

Good cause found, the Court **RESETS** the ENE and CMC currently scheduled for September 13, 2019 at 9:30 a.m. to **September 5, 2019** at **1:30 p.m.** On or before **August 28, 2019**, the Parties shall: (1) file a Joint Discovery Plan on the CM/ECF system and (2) submit confidential ENE statements to the chambers of the Honorable Linda Lopez. On or before **September 3, 2019**, the Parties shall exchange initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1)(A-D). All other deadlines and requirements remain as set. See ECF No. 5.

## II. REQUEST TO EXCUSE ATTENDANCE BY CORPORATE REPRESENTATIVE

Defendant Target next requests that its corporate representative be excused from attending the ENE. See ECF No. 7. In support, Defendant states that a claims professional will attend with "full and complete authority to enter into a binding settlement on Target's behalf." Id. at 3. Plaintiff does not object to Defendant's request. Id.

Based on Defendant's representations regarding the settlement authority of its claim professional, the Court **GRANTS** Defendant's request to excuse the attendance of its corporate representative. Defendant's claims professional is expected to attend the ENE in-person and with full and complete authority to enter into a binding settlement on Defendant's behalf.

**IT IS SO ORDERED.**

Dated: August 13, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge