UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA MORALES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>　　　　Defendants | **CASE NO: 19-CV-1450-JAH-LL**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |

The parties have filed a Joint Motion to Dismiss with Prejudice. Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE** in its entirety. Per the terms of the joint motion, each party is to bear its own fees and costs. The clerk is directed to close the case.

**IT SO ORDERED.**

Dated: February 24, 2020

　　　　　　　　　　　　　　　　　　Honorable John A. Houston
　　　　　　　　　　　　　　　　　　United States District Judge

1
**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE**